# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | May 20, 2015 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-15-812 (NG) |
| **NAME OF CASE(S):** | BRYANT V. GEBBIA ET AL |
| **FOR PLAINTIFF(S):** | Harvis |
| **FOR DEFENDANT(S):** | Stackhouse |
| **NEXT CONFERENCE(S):** | JULY 21, 2015 AT 10:00 A.M., IN-PERSON (See rulings below) |

**RULINGS FROM INITIAL CONFERENCE:**

The parties will serve document demands promptly.  It appears that meaningful settlement discussions may be held once document discovery is completed.

THE COURT WILL HOLD A SETTLEMENT AND STATUS CONFERENCE AT 10:00 AM ON JULY 21, 2015. The parties shall be prepared:

(1) to state their respective positions on settlement, with principals WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE,

(2) to schedule depositions if the case cannot be settled at that time, and (3) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.